IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND | : : : : | CIVIL ACTION<br><br>NO. 02-CV-4571 |
| v. | : | |
| GLAXOSMITHKLINE, PLC et al. | | |

## ORDER

**AND NOW**, this         day of September, 2002, upon consideration of the Defendants' unopposed Motion for Extension of Time to Respond or Otherwise Plead to the Complaint (docket no. 5), **IT IS ORDERED** that the time within which Defendants must answer or otherwise respond to the complaint is extended until a date to be set by the Court following the filing of an amended, consolidated class action complaint.

BY THE COURT:

_____
BRUCE W. KAUFFMAN,  J.