## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MC - UA LOCAL 119 HEALTH AND WELFARE PLAN, on behalf of itself and all others similarly situated, | :<br>:<br>: Docket No. 02-CV-4398<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORPORATION, | :<br>:<br>: |
| Defendants. | :<br>: |

| | |
|---|---|
| JOSEPH BURRELL and EILEEN JACOBS, on behalf of themselves and all others similarly situated, and HEALTH CARE FOR ALL, on behalf of itself and its respective members | :<br>:<br>: Docket No. 02-CV-4431<br>: |
| Plaintiffs, | :<br>: |
| v. | :<br>: |
| GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORPORATION, | :<br>:<br>: |
| Defendants. | :<br>: |

| | |
|---|---|
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, INC.,<br><br>                Defendants. | Docket No. 02-CV-4571 |

| | |
|---|---|
| JOANNE GADDY, Individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORPORATION,<br><br>                Defendants. | Docket No. 02-CV-6707 |

| | |
|---|---|
| SHEILA A. VIGEANT, on behalf of herself and all other persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, INC., <br><br> Defendants. | : Docket No. 02-CV-6687 |
| JEFFREY ETTINGER, MATTHEW ANDRE and FLORIDA ADVOCATES FOR CONSUMER TRUTH, on behalf of themselves and all other persons and entities similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE plc and SMITHKLINE BEECHAM CORP. d/b/a GLAXOSMITHKLINE, INC., <br><br> Defendants. | : Docket No. 02-CV-6688 |

**DEFENDANTS' CONSENT TO ENTRY OF
CASE MANAGEMENT ORDER NO. 1**

Defendants GlaxoSmithKline plc and SmithKline Beecham Corporation, by their undersigned counsel, submit this statement to request that the Court enter the Case Management Order No. 1 proposed by plaintiffs. The proposed order provides for, *inter alia*, (i) the consolidation of the above-captioned actions and a procedure for consolidating subsequently-

filed actions; (ii) the establishment of efficient procedures for the filing and docketing of papers with the Clerk of the Court; and (iii) a schedule for the filing of plaintiffs' Consolidated Complaint and defendants' responses thereto.  Defendants concur with plaintiffs that proposed Case Management Order No. 1 will promote the orderly and efficient conduct of this litigation, and respectfully request that it be entered by the Court.

Dated:  October 15, 2002

                Respectfully Submitted,


            By: _____
              Mark S. Stewart
              Leslie E. John
              Ballard Spahr Andrews
               & Ingersoll, LLP
              1735 Market Street
              Philadelphia, PA 19103
              Telephone: (215) 665-8500
              Facsimile: (215) 864-8999

              Attorneys for Defendants

Of Counsel:

William J. Baer
Kenneth A. Letzler
Cathy Hoffman
Amy R. Mudge
June Im
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, N.W.
Washington, D.C.  20004
Telephone: (202) 942-5000
Facsimile: (202) 942-5999

- 5 -

## **CERTIFICATE OF SERVICE**

I certify that the foregoing Defendants' Consent to Entry of Case Management Order No. 1 was served on the counsel listed in the attached service list by regular U.S. mail on October 15, 2002.

                                                _____
                                                   Leslie E. John

**SERVICE LIST**

| | |
|---|---|
| Kenneth A. Wexler<br>Elizabeth Fegan Hartweg<br>KENNETH A. WEXLER<br>  AND ASSOCIATES<br>One North LaSalle Street<br>Suite 2000<br>Chicago, IL 60602 | Dianne M. Nast<br>Michael G. Nast<br>Alison F. Bazeley<br>RODA & NAST, P.C.<br>801 Estelle Drive<br>Lancaster, PA 17601 |
| Ira Richards<br>TRUJILLO, RODRIGUEZ &<br>  RICHARDS, L.L.C.<br>The Penthouse<br>226 West Rittenhouse Square<br>Philadelphia, PA 19103 | Daniel E. Gustafson<br>HEINS MILLS & OLSON, P.C.<br>700 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 |
| Jon Karmel<br>KARMEL & GILDEN<br>221 N. LaSalle Street<br>Suite 1414<br>Chicago, IL 60601 | Mary Jane Edelstein Fait<br>WOLF HALDENSTEIN ADLER FREEMAN &<br>HERZ, L.L.C.<br>656 West Randolph Street<br>Suite 500W<br>Chicago, IL 60661 |
| Marc H. Edelson<br>HOFFMAN & EDELSON, L.L.C.<br>45 West Court Street<br>Doylestown, PA 18901 | Thomas M. Sobol<br>Ed Notargiacomo<br>Jeniene Andrews-Matthews<br>HAGENS BERMAN, L.L.P.<br>225 Franklin Street, 26th Floor<br>Boston, MA 02110 |
| Michael J. Flannery<br>CAREY & DANIS, L.L.C.<br>8182 Maryland Avenue, Suite 1400<br>St. Louis, MO 63105 | Anthony J. Bolognese<br>BOLOGNESE & ASSOCIATES, L.L.C.<br>One Penn Center<br>1617 JFK Boulevard, Suite 650<br>Philadelphia, PA 19103 |
| J. Douglas Richards<br>Michael M. Buchman<br>MILBERG WEISS BERSHAD<br>  HYNES & LERACH, L.L.P.<br>One Pennsylvania Plaza<br>New York, NY 10119 | Robert G. Eisler<br>LIEFF CABRASER HEIMANN &<br>  BERNSTEIN, L.L.P.<br>780 Third Avenue, 48th Floor<br>New York, NY 10017 |

| | |
|---|---|
| Joseph R. Saveri<br>Eric B. Fastiff<br>LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA  94111 | J. Cecil Gardner<br>Kimberly Calametti Walker<br>GARDNER, MIDDLEBROOKS, GIBBONS & KITRELL, P.C.<br>1119 Government Street<br>Post Office Drawer 3103<br>Mobile, AL  36652 |
| Samuel M. Hill<br>GARDNER, MIDDLEBROOKS, GIBBONS & KITRELL, P.C.<br>2013 1st Avenue North, Suite 450<br>Birmingham, AL  35203 | Ann D. White<br>Jayne A. Goldstein<br>Michael J. Kane<br>MAGER WHITE & GOLDSTEIN, L.L.P.<br>One Pitcairn, Suite 2400<br>165 Township Line Road<br>Jenkintown, PA  19046 |
| Lester L. Levy<br>Jason L. Solotaroff<br>WOLF POPPER L.L.P.<br>845 Third Avenue<br>New York, NY  10022 | David Pastor<br>GILMAN & PASTOR, L.L.P.<br>999 Broadway<br>Suite 500<br>Saugus, MA  01906 |
| Howard K. Coates, Jr.<br>Jack Reise<br>CAULEY GELLER BOWMAN & COATES, L.L.P.<br>2255 Glades Road, Suite 421A<br>Boca Raton, FL  33431 | Marc A. Topaz<br>Joseph H. Meltzer<br>SCHIFFRIN & BARROWAY, L.L.P.<br>Three Bala Plaza East<br>Suite 400<br>Bala Cynwyd, PA  19004 |
| Evan J. Smith<br>Jason L. Brodsky<br>BRODSKY & SMITH, L.L.C.<br>20 Brace Road<br>Suite 112<br>Cherry Hill, NJ  08034 | Matthew J. Fusco<br>Michael T. Harren<br>CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD<br>1600 Crossroads Office Building<br>Two State Street<br>Rochester, NY  14615 |