UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE WELLBUTRIN SR/ZYBAN ANTITRUST LITIGATION | ) ) ) | Master File No. 02-CV-4398- BWK |
| THIS DOCUMENT RELATES TO: | ) ) | |
| ALL ACTIONS | ) ) | |
| JOSEPH BURRELL, EILEEN JACOBS, and HEALTH CARE FOR ALL, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 02-CV-4431- BWK |
| v. | ) ) | |
| GLAXOSMITHKLINE PLC, and SMITHKILNE BEECHAM CORP., | ) ) ) | |
| Defendants. | ) ) | |
| UNITED FOOD AND COMMERCIAL WORKERS UNIONS AND EMPLOYERS MIDWEST HEALTH BENEFITS FUND, on behalf of itself and all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 02-CV-4571- BWK |
| v. | ) ) | |
| GLAXOSMITHKLINE PLC, and SMITHKILNE BEECHAM CORP., *dba* GLAXOSMITHKLINE, INC., | ) ) ) ) | |
| Defendants. | ) ) | |
| SHEILA A. VIGEANT, on behalf of herself and all others similarly situated, | ) ) ) | No. 02-CV-6687- BWK |
| Plaintiff, | ) ) | |
| v. | ) | |

| | |
|---|---|
| GLAXOSMITHKLINE PLC, and SMITHKILNE BEECHAM CORP., *dba* GLAXOSMITHKLINE, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) |
| JEFFREY ETTINGER, MATTHEW ANDRE, and ADVOCATES FOR CONSUMER TRUTH, on behalf of themselves and all other persons and entities similarly situated, <br><br>         Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE PLC, and SMITHKILNE BEECHAM CORP., *dba* GLAXOSMITHKLINE, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 02-CV-6688 BWK |
| JOAN GADDY, individually and on behalf of all others similarly situated, <br><br>         Plaintiff, <br><br> v. <br><br> GLAXOSMITHKLINE PLC, and SMITHKILNE BEECHAM CORP., *dba* GLAXOSMITHKLINE, INC., <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 02-CV-6707- BWK |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), plaintiffs in each of the actions captioned above and numbered 02- CV-4431; 02-CV-4571; 02-CV-6687; 02-CV-6688; and 02-CV-6707, voluntarily dismiss their claims against defendants, without prejudice. In support of the dismissals, plaintiffs state the following:

2

1. By Order of the Court dated October 29, 2002, each of the actions captioned above were consolidated with 02-CV-4398.

2. All plaintiffs in each of the above referenced actions therefore voluntarily dismiss their claims without prejudice in the each of the above referenced matters respectively.

Dated: August 3, 2004

Respectfully Submitted,

By: /s/ Joshua H. Grabar
Anthony J. Bolognese
Joshua H. Grabar (#82525) (JHG1707)
Bolognese & Associates, LLC
1617 JFK BVD., Suite 650
Philadelphia, PA 19103
Telephone: (215) 814-6750
Facsimile: (215) 814-6764

*Liaison Counsel for Plaintiffs*